## Lulu I. Knaus, Appellant, v. M. R. C. Finance Corporation, Appellees.

### Gen. No. 43,160. 

Heard in the third. division, first district, this court at the October term, 1944; opinion filed November 7, 1945; released for publication November 27, 1945. Balford Quintin Shields, for appellant; Teller, Levit & Silvertrust, for appellees. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.